**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

NATIONAL TRUST INSURANCE COMPANY )
and FCCI INSURANCE COMPANY, )
                                                        )

Plaintiffs, )
                                                        )

v. )        Case No. 3:25-cv-50105
                                                        )

QUALITY METAL FINISHING CO. )
and BETHANY BATES, individually and )
on behalf of all others similarly situated, )
                                                        )

Defendants. )

## <u>ORDER GRANTING DEFAULT JUDGMENT</u>

This matter comes before the Court on Plaintiff's Motion for Default Judgment and Prove-Up as to Defendants Quality Metal Finishing Co. and Bethany Bates, pursuant to Fed. R. Civ. P. 55(b)(2); default on the docket having previously been entered against both Defendants; this Court having considered the Motion; and the Court being otherwise duly advised in the premises, IT IS HEREBY ORDERED THAT:

    A.    National Trust has no duty to defend Quality Metal Finishing Co. under the Primary Policies;

    B.    National Trust has no duty to indemnify Quality Metal Finishing Co. under the Primary Policies;

    C.    National Trust has no duties or obligations to Quality Metal Finishing Co. under the 2023-2024 Primary Policy's Cyber Suite Endorsement;

    D.    FCCI has no coverage obligations to Quality Metal Finishing Co. under the Umbrella Policies as respects the Underlying Lawsuit; and

E.     For any other relief that this Court deems just and equitable under the circumstances,

including the award of costs.

_____
Judge, United States District Court

October 7, 2025

Prepared By:
Jonathan L. Schwartz (ARDC #6287338)
Glenn A. Klinger (ARDC #6319300)
FREEMAN MATHIS & GARY LLP
33 North Dearborn St., Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
jonathan.schwartz@fmglaw.com
glenn.klinger@fmglaw.com